United States District Court
Middle District of Florida
Ocala Division

**MATTHEW DAVID GIBBS,**

   *Plaintiff,*

v.                                        **NO. 5:24-cv-704-PDB**

**ACTING COMMISSIONER OF SOCIAL SECURITY,**

   *Defendant.*

___

# Order

The Acting Commissioner of Social Security moves to reverse the decision below and remand the case for further administrative proceedings. Doc. 15. Considering the absence of opposition and the authority described in the motion, the Court:

1. **grants** the motion, Doc. 15;
2. **reverses** the decision under sentence four of 42 U.S.C. § 405(g);
3. **remands** the case to the Acting Commissioner for further administrative proceedings; and
4. **directs** the clerk to enter judgment for Matthew David Gibbs and against the Acting Commissioner of Social Security and close the file.

**Ordered** in Jacksonville, Florida, on April 14, 2025.

*PATRICIA D. BARKSDALE*
*United States Magistrate Judge*